# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KENNETH JACKSON,**

    **Plaintiff,**

    v.                                                  Case No. 08-C-647

**GEORGIA KOHLWAY, LARRY WALLNAKE,**
**DR R L KLASSEN, and DR. AUGUSTINE,**

    **Defendants,**

## ORDER

The pro se plaintiff has filed a request for extension of time to prepare for this case and obtain medical records. Defendants oppose plaintiff's request, stating that he has shown nothing to support his request. Defendants also assert that although plaintiff recently signed a medical authorization form, he has failed to respond to defendants' interrogatories.

The parties are advised that they should attempt to conduct discovery, which includes responding to discovery requests with the requested information or an objection, without involvement of the court. If unable to resolve a discovery dispute on their own, either party may file an appropriate motion but only after attempting to resolve the dispute without involvement of the court. <u>See</u> Fed. R. Civ. P. 26, 37.

In this case, the deadline for the completion of discovery is June 10, 2009, and the deadline for filing dispositive motions is July 10, 2009. Based on these deadlines, it is not clear that an extension of time is necessary right now. However, if unable to complete discovery by the deadline, either party may file another motion for an extension of time.

Any such request must be accompanied by an affidavit or declaration showing that the party has been diligently pursuing its claims or defenses and that good cause exists for extending the time for completion of discovery.

**THEREFORE, IT IS ORDERED** that plaintiff's request for extension of time (Docket #43) is **DENIED WITHOUT PREJUDICE**.

Dated at Milwaukee, Wisconsin, this 20 day of May, 2009.

/s_____
LYNN ADELMAN
District Judge